RECEIVED
IN ALEXANDRIA, LA.
MAY 29 2013
TONY R. MOORE, CLERK
BY_____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| GARRY NEIL PRATER | CIVIL ACTION NO. 2:12-CV-397<br>LA. DOC #130947<br>SECTION P |
| VS. | |
| WARDEN TERREBONE PARISH<br>WORK RELEASE, ET AL | JUDGE TRIMBLE<br>MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that this petition for *habeas corpus* be **DENIED AND DISMISSED WITH PREJUDICE** pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the District Court because petitioner has not established that he is in custody in violation of the Constitution and laws of the United States.

**THUS DONE AND SIGNED**, in chambers, in Lake Charles, Louisiana, on this 29th __ day of ___May___, 2013.

_____
JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE